**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01870-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

JUDY L. KAISER,

    Plaintiff,

v.

USSSA,

    Defendant.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

Plaintiff Judy L. Kaiser currently resides in Littleton, Colorado.  Ms. Kaiser has filed her claims on a Title VII Complaint form and submitted two Motions and Affidavits for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1, the Court has determined that the submitted documents are deficient as described in this Order.  Ms. Kaiser appears to be challenging the disposition of her social security disability claim.  Ms. Kaiser will be directed to cure the following if she wishes to pursue her claims.  Any papers that Ms. Kaiser files in response to this Order must include the civil action number on this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:

(1) ___ is not submitted
(2) ___ is not on proper form (must use the Court's current form)
(3) ___ is missing original signature by Plaintiff
(4) ___ is missing affidavit
(5) ___ affidavit is incomplete
(6) _x_ affidavit is not notarized or is not properly notarized
(7) ___ names in caption do not match names in caption of complaint, petition or

|      |     | application |
|------|-----|-------------|
| (8)  | __  | other:      |

**Complaint or Petition**:

| (9)  | __ | is not submitted |
| (10) | X  | is not on proper form (Plaintiff used a Court-approved form used in filing Title VII cases.  Should use a Court-approved form used in filing complaints) |
| (11) | __ | is missing an original signature by Plaintiff |
| (12) | X  | is incomplete |
| (13) | __ | uses et al. instead of listing all parties in caption |
| (14) | __ | names in caption do not match names in text |
| (15) | X  | addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application |
| (16) | X  | other: <u>Plaintiff is required to complete all sections of the Complaint form and provide to the Court the date the administrative law judge for the Social Security Administration entered a decision regarding her disability benefit claim.</u> |

Accordingly, it is

ORDERED that Ms. Kaiser cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Ms. Kaiser files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Ms. Kaiser shall obtain the Court-approved forms used in filing a Complaint and a 28 U.S.C. § 1915 motion and affidavit, along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that if Ms. Kaiser fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED August 6, 2013, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland             
United States Magistrate Judge