IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01870-BNB

JUDY L. KAISER,

     Plaintiff,

v.

USSSA,

     Defendant.

---

## ORDER OF DISMISSAL

---

Plaintiff, Judy L. Kaiser, currently resides in Littleton, Colorado.  Ms. Kaiser,

acting *pro se*, initiated this action by submitting to the Court a Title VII Complaint form

and two Motions and Affidavits for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  On

August 6, 2013, Magistrate Judge Boyd N. Boland entered an order and directed Ms.

Kaiser to cure certain deficiencies if she wished to pursue her claims.  Specifically,

Magistrate Judge Boland ordered Ms. Kaiser to submit her claims on a proper Court-

approved form, to complete all sections of the Complaint form, and to provide the date

the administrative law judge entered a decision regarding her Social Security disability

claim.  Magistrate Judge Boland also directed Ms. Kaiser to provide addresses for

named defendants and to have her § 1915 Motion notarized.  Ms. Kaiser was warned

that the action would be dismissed without further notice if she failed to cure the

deficiencies within thirty days.

The Court has reviewed the documents Ms. Kaiser submitted.  The Court agrees

that Ms. Kaiser is required to submit her claims on a proper Court-approved form,

pursuant to D.C.COLO.LCivR8.1A., and must provide a notarized § 1915 Motion.

Although Magistrate Judge Boland granted Ms. Kaiser an extension of time to comply

with the August 6 Order, she now has failed to comply within the time allowed.  The

Court, therefore, will dismiss the action.

Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal

from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be

denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438

(1962).  If Ms. Kaiser files a notice of appeal she must pay the full $455 appellate filing

fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals

for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Fed. R. Civ.

P. 41(b) for failure to cure the deficiencies within the time allowed.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is

denied.  It is

FURTHER ORDERED that pending motions are denied as moot.

DATED at Denver, Colorado, this __17th__ day of ___October___, 2013.

BY THE COURT:


__s/Christine M. Arguello_____
CHRISTINE M. ARGUELLO
United States District Judge, for
LEWIS T. BABCOCK, Senior Judge
United States District Court